UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>T.J. WARD & ASSOCIATES CONTRACTING INC,<br><br>　　　　Defendant. | Case No. 14-cv-01599-WHO<br><br>**ORDER RE: CALCULATION OF INTEREST**<br><br>Re: Dkt. No. 14 |

　　　　The Court has reviewed the papers in support of entry of a default judgment in this case and is prepared to grant the motion without a hearing.  However, it is unclear whether plaintiffs accurately considered the effect of the bond payment on the calculation of pre-judgment interest.  Presumably, the daily interest owed should have decreased after the bond payment was received.  In addition, it appears that the post-judgment interest sought should be lower in light of the bond payment (ten percent of $40,547.24 divided by 365, or $11.11 per day rather than $12.20).  Plaintiffs are directed to file a supplemental declaration clarifying the appropriate calculation of these amounts by August 13, 2014.

　　　　**IT IS SO ORDERED**.

Dated: August 7, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge